No. 02–1130. LAUGHNER *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 02–1151. INTERSTATE POWER CO. *v.* MARTIN ET UX. Sup. Ct. Iowa. Certiorari denied.

No. 02–1260. ANZALONE ET AL. *v.* O'CONNELL. C. A. 2d Cir. Certiorari denied.

No. 02–1263. WANTA, SOMALIA AMBASSADOR TO CANADA AND SWITZERLAND *v.* CHANDLER, SECRETARY, WISCONSIN DEPARTMENT OF REVENUE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1274. MIDDLESTEAD *v.* TAYLOR, CIRCUIT JUDGE, DADE COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1275. CONTINENTAL INSURANCE CO. *v.* ALLIANZ INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–1277. CASSIDY *v.* WORKERS' COMPENSATION APPEAL BOARD OF PENNSYLVANIA (WYATT, INC.). Commw. Ct. Pa. Certiorari denied.

No. 02–1279. ASKEY ET UX. *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE. C. A. 3d Cir. Certiorari denied.

No. 02–1280. SIMMONS *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 02–1287. GRIFFIN TELEVISION OKC, L. L. C., ET AL. *v.* MITCHELL. Ct. Civ. App. Okla. Certiorari denied.

No. 02–1313. ARNDT *v.* KOBY ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–1319. ZELMER *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 02–1352. PALAIS ROYAL, INC., ET AL. *v.* STRAYHORN, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.